DELILAH OAKS CONSTRUCTION COMPANY, INC. v.
KAUFMAN AND BROAD HOMES, INC.

May 2, 1983.

Petition for certification denied.

JOHN CAMPELLONE v. BALLY'S PARK PLACE, INC.

May 2, 1983.

Petition for certification denied.

JOHN CAMPELLONE v. BALLY'S PARK PLACE, INC.

May 2, 1983.

Cross-petition for certification denied.

GEORGE MOSKOWITZ AND CAROLYN H. MOSKOWITZ v.
DAVID BURR–IRVINGTON, INC.

May 2, 1983.

Petition for certification denied.